Certificate Number: JC-093459-757

# BUTTERFLY FINANCIAL EDUCATION, INC.
# CERTIFICATE OF CREDIT COUNSELING

**JODY CONNELL**

I CERTIFY that on April 14, 2016, at 9:50 AM Central Time, JODY CONNELL received from Butterfly Financial Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Alabama, Middle District, an individual briefing (including a briefing conducted by telephone or on the internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared.

Date: April 14, 2016

By: *Janet L. Swope*

Name: Janet L. Swope

Title: President

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).